STATE OF CONNECTICUT:
: ss: EAST HARTFORD    JUNE 21, 2017
COUNTY OF HARTFORD :

Then and by virtue hereof and by direction of the Plaintiff's Attorney, I left a verified true and attested copy of the original SUMMONS IN A CIVIL CASE, VERIFIED COMPLAINT, JURY DEMAND, VERIFICATION, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER, EXHIBIT A, NOTICE TO COUNSEL AND PRO SE PARTIES, ORDER RE: DISCLOSURE STATEMENT AND TIPS FOR SUCCESSFUL CM/ECF EFILING, with and in the hands of GARY SCAPPINI, MANAGER OF CT CORPORATION SYSTEM, 67 BURNSIDE AVE, AGENT FOR SERVICE for the within named defendant **STERLING JEWELERS, INC.,** in the said town of EAST HARTFORD, County of Hartford.

And afterwards, on the 28TH day of JUNE, 2017, I made due and legal service upon the within named defendant **KAY JEWELERS INC.**, by depositing in the Post Office at EAST HARTFORD, postage prepaid and certified, article number 7014 1820 0002 0234 4143, return receipt requested, a verified true and attested copy of the original SUMMONS IN A CIVIL CASE, VERIFIED COMPLAINT, JURY DEMAND, VERIFICATION, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER, EXHIBIT A, NOTICE TO COUNSEL AND PRO SE PARTIES, ORDER RE: DISCLOSURE STATEMENT AND TIPS FOR SUCCESSFUL CM/ECF EFILING, with my doings thereon endorsed, addressed to the within named defendant:

**KAY JEWELERS INC.**
**THE SECRETARY**
**375 GHENT RD**
**FAIRLAWN, OH 44333-4601**

SUPPLEMENTAL RETURN TO FOLLOW

And also, on the 28TH day of JUNE, 2017, I made due and legal service upon the within named defendant **GGP, INC.**, by depositing in the Post Office at EAST HARTFORD, postage prepaid and certified, article number 7014 1820 0002 0234 4150, return receipt requested, a verified true and attested copy of the original SUMMONS IN A CIVIL CASE, VERIFIED COMPLAINT, JURY DEMAND, VERIFICATION, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER, EXHIBIT A, NOTICE TO COUNSEL AND PRO SE PARTIES, ORDER RE: DISCLOSURE STATEMENT AND TIPS FOR SUCCESSFUL CM/ECF EFILING, with my doings thereon endorsed, addressed to the within named defendant:

**GGP, INC.**
**THE SECRETARY**
**110 N WACKER DR**

**KEITH D. NIZIANKIEWICZ**
*CONNECTICUT STATE MARSHAL*
P.O. BOX 280054 • EAST HARTFORD, CONNECTICUT 06128-0054 • OFFICE: (860) 610-0295

CHICAGO, IL 60606-1511

SUPPLEMENTAL RETURN TO FOLLOW

And also, on the 28TH day of JUNE, 2017, I made due and legal service upon the within named defendant **STERLING JEWELERS, INC.**, by depositing in the Post Office at EAST HARTFORD, postage prepaid and certified, article number 7014 1820 0002 0233 9132, return receipt requested, a verified true and attested copy of the original SUMMONS IN A CIVIL CASE, VERIFIED COMPLAINT, JURY DEMAND, VERIFICATION, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER, EXHIBIT A, NOTICE TO COUNSEL AND PRO SE PARTIES, ORDER RE: DISCLOSURE STATEMENT AND TIPS FOR SUCCESSFUL CM/ECF EFILING, with my doings thereon endorsed, addressed to the within named defendant:

**STERLING JEWELERS INC.**
**THE SECRETARY**
**375 GHENT RD**
**FAIRLAWN, OH 44333-4601**

SUPPLEMENTAL RETURN TO FOLLOW

And also, on the 28TH day of JUNE, 2017, I left a verified true and attested copy of the original SUMMONS IN A CIVIL CASE, VERIFIED COMPLAINT, JURY DEMAND, VERIFICATION, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER, EXHIBIT A, NOTICE TO COUNSEL AND PRO SE PARTIES, ORDER RE: DISCLOSURE STATEMENT AND TIPS FOR SUCCESSFUL CM/ECF EFILING, with and in the hands of CARMEN SANTOS, MANAGER OF KAY JEWELERS, THE SHOPPES AT BUCKLAND MALL, 194 BUCKLAND HILLS DR, SUITE 2500, accepting for the within named defendant **JANE DOE 1,** in the town of MANCHESTER, County of Hartford.

And also, on the 28TH day of JUNE, 2017, I left a verified true and attested copy of the original SUMMONS IN A CIVIL CASE, VERIFIED COMPLAINT, JURY DEMAND, VERIFICATION, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER, EXHIBIT A, NOTICE TO COUNSEL AND PRO SE PARTIES, ORDER RE: DISCLOSURE STATEMENT AND TIPS FOR SUCCESSFUL CM/ECF EFILING, with and in the hands of CARMEN SANTOS, MANAGER OF KAY JEWELERS, THE SHOPPES AT BUCKLAND MALL, 194 BUCKLAND HILLS DR, accepting for the within named defendant **JANE DOE 2,** in the town of MANCHESTER, County of Hartford.

And also, on the 28TH day of JUNE, 2017, I left a verified true and attested copy of the original SUMMONS IN A CIVIL CASE, VERIFIED COMPLAINT, JURY DEMAND, VERIFICATION, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER, EXHIBIT A, NOTICE TO COUNSEL AND PRO SE PARTIES, ORDER RE: DISCLOSURE STATEMENT AND TIPS FOR SUCCESSFUL CM/ECF EFILING, with and in the hands of OFFICER

DAVIS, SECURITY OFFICER, THE SHOPPES AT BUCKLAND MALL, 194 BUCKLAND HILLS DR, accepting for the within named defendant **JOHN DOE 1,** in the town of MANCHESTER, County of Hartford.

 And also, on the 28TH day of JUNE, 2017, I left a verified true and attested copy of the original SUMMONS IN A CIVIL CASE, VERIFIED COMPLAINT, JURY DEMAND, VERIFICATION, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER, EXHIBIT A, NOTICE TO COUNSEL AND PRO SE PARTIES, ORDER RE: DISCLOSURE STATEMENT AND TIPS FOR SUCCESSFUL CM/ECF EFILING, with and in the hands of OFFICER DAVIS, SECURITY OFFICER, THE SHOPPES AT BUCKLAND MALL, 194 BUCKLAND HILLS DR, accepting for the within named defendant **JOHN DOE 2,** in the town of MANCHESTER, County of Hartford.

 And also, on the 28TH day of JUNE, 2017, I left a verified true and attested copy of the original SUMMONS IN A CIVIL CASE, VERIFIED COMPLAINT, JURY DEMAND, VERIFICATION, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER, EXHIBIT A, NOTICE TO COUNSEL AND PRO SE PARTIES, ORDER RE: DISCLOSURE STATEMENT AND TIPS FOR SUCCESSFUL CM/ECF EFILING, with and in the hands of OFFICER DAVIS, SECURITY OFFICER, THE SHOPPES AT BUCKLAND MALL, 194 BUCKLAND HILLS DR, accepting for the within named defendant **JOHN DOE 3,** in the town of MANCHESTER, County of Hartford.

 The within is the original SUMMONS IN A CIVIL CASE, VERIFIED COMPLAINT, JURY DEMAND, VERIFICATION, ORDER ON PRETRIAL DEADLINES, ELECTRONIC FILING ORDER, STANDING PROTECTIVE ORDER, EXHIBIT A, NOTICE TO COUNSEL AND PRO SE PARTIES, ORDER RE: DISCLOSURE STATEMENT AND TIPS FOR SUCCESSFUL CM/ECF EFILING, with my doings thereon endorsed.

| | |
|---|---|
| Postage | $ 24.84 |
| Verified pages | 288.00 |
| Endorsements | 21.60 |
| Service | 220.00 |
| Travel | 15.00 |
| Total | $569.44 |

ATTEST:

KEITH NIZIANKIEWICZ
CT STATE MARSHAL
HARTFORD COUNTY

**KEITH D. NIZIANKIEWICZ**
*CONNECTICUT STATE MARSHAL*
P.O. BOX 280054 • EAST HARTFORD, CONNECTICUT 06128-0054 • OFFICE: (860) 610-0295