EXHIBIT

I

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FABIAN WADE                                            C.A. No.:
                                                       3:17-CV-00990-MPS
PLAINTIFF,

v.

KAY JEWELRS, INC.; STERLING JEWELERS, INC.; GGP, INC.;
JANE DOES (1-5); JOHN DOES (1-5); GGP Inc., (Third
Party Plaintiff); PROFESSIONAL SECURITY CONSTULTANTS
(Third Party Defendant)

DEFENDANTS.                                            JULY 30, 2018

**AFFIDAVIT OF ALFRED K. SHERWOOD**

I, Alfred K. Sherwood, state under oath as follows:

1. I am over eighteen (18) years of age, believe in the obligations of an oath and am competent to testify regarding these matters.

2. I am the General Manager for The Shoppes at Buckland and am familiar with the records of GGP Inc. and Shoppes at Buckland Hills, LLC and their affiliates, parents and subsidiaries and I have personal knowledge of the facts set forth in the Affidavit. As such, I am familiar with the Security Agreement (Exhibit A) contracted to between Shoppes at Buckland Hills, LLC and Professional Security Consultants, Inc. of Los Angeles, CA with an effective date of May 29, 2015 and a term of June 15, 2015 to May 31, 2018.

3. On March 18, 2017, the Security Agreement (Exhibit A) was in effect at The Shoppes at Buckland Hills (Buckland Hills Mall), located at 194 Buckland Hills Drive, Manchester, CT.

1

4. Pursuant to the Security Agreement (Exhibit A), Professional Security Consultants, Inc. contracted as an independent contractor to provide security services at The Shoppes at Buckland Hills (Buckland Hills Mall), located at 194 Buckland Hills Drive, Manchester, CT.

SO STATED, this 30th ~~27th~~ day of July 2018.

STATE OF Connecticut          )
                              ) ss.: Manchester
COUNTY OF Hartford            )

On the 27th day of July, 2018, before me personally came Alfred K. Sherwood known to me to be the individual described in and who executed the foregoing Affidavit, and duly acknowledged to me that he executed same.

Notary Public

ASHLEIGH M HINDS
Notary Public
Connecticut
My Commission Expires Sep 30, 2022

2

## SECURITY AGREEMENT

This Security Agreement **("Agreement")** is made and entered into this 29th day of May, 2015 **("Effective Date"),** by and between Shoppes at Buckland Hills, **LLC ("Owner")** and Professional Security Consultants Inc. **("Contractor").**

**WHEREAS,** Owner wishes to contract for security services at The Shoppes at Buckland Hills located at 194 Buckland Hills Drive, Manchester, CT 06040 **("Property")** and desires to engage the services of Contractor; and

**WHEREAS,** Contractor provides security services and desires to provide security services at the Property pursuant to the terms and conditions of this Agreement.

**NOW THEREFORE,** the parties hereto agree as follows:

1.    **Definitions.**

"Agreement" shall have the meaning set forth in the introductory paragraph above.

"Contractor" shall have the meaning set forth in the introductory paragraph above.

"Contractor VP/General Manager" shall have the meaning set forth in Section 3(d)(1).

"Dedicated Team" shall have the meaning set forth in Section 3(d)(1).

"Effective Date" shall have the meaning set forth in the introductory paragraph above.

"Owner" shall have the meaning set forth in the introductory paragraph above.

"GGP Corporate Security Director" shall have the meaning set forth in Section 3(c).

"Indemnitees" shall have the meaning set forth in Section 8(e).

"Manual" shall have the meaning set forth in Section 3(h)(1).

"Property Manager" shall have the meaning set forth in Section 3(d)(2).

"Property" shall have the meaning set forth in the first recital above.

"Security Manager" shall have the meaning set forth in Section 3(e)(1).

"Security Vehicle" shall have the meaning set forth in Section 5(a).

"Services" shall have the meaning set forth in Section 3(a).

"Term" shall have the meaning set forth in Section 2.

2.    **Term.** The term of this Agreement shall be for three (3) year(s) commencing June 15th, 2015 and terminating May 31, 2018 **("Term");** provided, however that either party may terminate this Agreement, with or without cause, upon thirty (30) days prior written notice to the other party. At the expiration of the Term, if it has not been earlier terminated, the Agreement shall be

automatically extended on a month-to-month basis upon the same terms and conditions set forth herein, until terminated by either party upon thirty (30) days' prior written notice to the other.

**3        On-Site Contracted Service.**

A.      <u>Engagement of Services.</u> Owner hereby engages Contractor to provide security services in accordance with the terms of this Agreement **("Services"),** which may be amended from time to time by the written agreement of the parties. This is a non-exclusive Agreement, Owner retains the right to use other providers of security services at any of the properties owned or managed by its affiliates.

B.      <u>Security Functions.</u> Contractor personnel assigned to the Property shall be responsible for promoting a pleasant shopping atmosphere and crime prevention efforts through patrol of the Property; seeking out and providing appropriate customer service to patrons; reasonable inspection of the Property for safety hazards and enforcement of the Property's rules and regulations; appropriate response to incidents and emergencies; preliminary investigation and appropriate disposition of incidents; access control/physical security as appropriate during operating and non-operating hours; official reporting of activities, incidents, and inspection logs; and any special assignments and/or events related to the security/safety function of the Property as agreed upon by the parties.

C.      <u>GGP Contract Management.</u> GGPLP REIT Services, LLC's ("GGP") Vice President of Corporate Security and/or his or her designees (each a **"GGP Corporate Security Director")** shall represent Owner in all matters covered by this Agreement.

D.      Contractor Corporate Management.

1.   <u>Dedicated GGP Management Team.</u> Contractor shall establish a corporate management group dedicated to the Property and other properties owned by Owner's affiliates **("Dedicated Team").** The Dedicated Team shall be responsible for fulfillment of Owner's performance standards. The Dedicated Team shall be comprised of a VP/General Manager and/or Regional/Group Managers.

2.   <u>Program Oversight, Property Visits, Contacts.</u> Contractor's Regional/Group Managers are to be security practitioners responsible for the overall success of the on-site security program and the execution of all applicable requirements set forth in this Agreement. The Dedicated Team will make regular visits to the Property and regularly communicate with Owner's property Manager **("Property Manager")** and the GGP Corporate Security Director to solicit feedback. Unless otherwise approved in advance in writing by the GGP VP of Security, the Contractor will provide dedicated management groups solely servicing GGP malls, and each assigned regional manager shall manage no more than 8,000 hours of security coverage per week. Any regional manager exceeding 8,000 hours of security coverage per week will require a written exception from the GGP VP of Security.

3.   <u>Incident/Statistics Tracking.</u>    The Dedicated Team will monitor incident reports and track statistical trending for the Property.      Each month Contractor's Regional/Group Manager will prepare a summary report of

trending changes and participate in a conference call with the GGP Corporate Security Director to present information and advise on tactics to address trending increases, as necessary.

4. <u>Comprehensive Visits/Audits.</u> In addition to other necessary visits to the Property, Contractor Regional/Group Manager will make at least four (4) comprehensive visits per year to the Property. During these visits Contractor Regional/Group Manager will audit the security program for compliance with this Agreement and any other Owner directive or expectation that has been formally communicated to Contractor. Contractor's Regional/Group Manager will prepare a complete report based on its findings during the audit and deliver a copy to the Property Manager and GGP Corporate Security Director within ten (10) days of completing its audit.

5. <u>CCTV System Knowledge.</u> Contractor will provide and maintain at its corporate office at least one dedicated CCTV master trainer for Owner's American Dynamics' CCTV systems. The master trainer will be responsible for overseeing the training program for Contractor's staff assigned to operate Owner's CCTV systems. Such training shall include:

   a. General operation of American Dynamics Intellex, Network Client, HDVR Client, and Victor Client software
   b. Basic movement and operation of cameras
   c. Searching for and saving video footage
   d. Setting up camera staging and investigation monitor views
   e. Setting camera motion alarms
   f. Setting patterns, salvos, tours, etc.
   g. Importing and setting up digital camera location maps
   h. Setting recording standards (i.e. frame per second (fps), CIF, etc.)
   i. Setting recorder dates and times
   j. Inputting IP addresses for connecting to and operating remote mall systems

Training may be acquired through the manufacturer's program, manuals, or other qualified source.

**E**     On-Site Personnel.

1. <u>Security Staff.</u> Contractor shall provide a stable staff that is trained and capable of providing the Services. Subject to the specific staffing requirements outlined in **<u>Exhibit A,</u>** Contractor will provide an on-site security manager **("Security Manager"),** assistant security manager, supervisors, CCTV operators/dispatchers, security officers, and police officers, as applicable.   **The** staff will be a combination of full-time and part-time employees in order to satisfy the specific deployment needs of the Property and maintain flexibility in scheduling.

2. <u>Armed Para Police.</u> Contractor will provide Armed Para Police at the Property if required or approved by the GGP Corporate Security Director. Armed Para Police Officers will be off duty, retired, or former law enforcement officers in good standing. Contractor will ensure that Armed Para Police

officers maintain State required licensing and training and only carry equipment authorized by Contractor.

3. <u>No Co-Employment of Contractor's Employees.</u> Contractor's employees are NOT employees of Owner. Contractor's security staff shall be employees of Contractor or, to the extent required by state or local laws or regulations, employees of any entity controlled by or under common control with Contractor. The Property Manager, or his designees, will make reasonable attempts to communicate security related requests or assignments to the on-site Security Manager or a designated security supervisor. However, it is understood that on occasion it may not be timely or practical and requests may be communicated directly to a non-supervisor employee. To the extent that Non-Standard Communications are in conflict with Contractor's post orders, Contractor shall not be responsible for any liability as a result thereof, provided, such liability is not the direct result of Contractor's negligence or misconduct **("Non-Standard Communications")** Any such Non-Standard Communications shall not compromise such employee's ability to perform his or her duties hereunder. It is agreed that these occasions will not constitute a co-employment situation.

4. <u>Narcotics Use Pre-Employment Screening.</u> Each security officer must satisfy a pre-employment screening process which encompasses at least a 5-panel drug screen. Contractor must ensure the integrity of the testing process via a professional lab or an infallible witnessed on-site testing procedure. No security officer candidate shall be employed or placed at the Property if there is a positive result on his or her drug test, or two or more "dilutes" results.

5. <u>Criminal Background Pre-Employment Screening.</u> Each security officer must satisfy a pre-employment criminal background check that includes counties of residence for a period of not less than seven (7) years. Contractor must ensure the integrity of the background check via a professional service and comply with all federal, state, and local laws relating to the use of background check information in its hiring process, including, but not limited to, laws relating to the treatment of arrest records, juvenile records, and records that have been sealed or expunged. Because the role of security officer is intended to safeguard the public and is a position of public trust, any individualized assessment that Contractor undertakes of a candidate's criminal background information should apply the following standards: No security officer candidate shall be placed at the Property if s/he has a conviction that is job related within the prior seven (7) years or at any point in time in the case of homicide or sexual assault, but in any event excluding misdemeanor convictions that are not public trust or gross safety violations (e.g., routine traffic violations, littering, cashing checks for insufficient funds, etc.). Notwithstanding the foregoing, if the State in which a security officer has lived will only provide reports for a five (5) year period, Contractor shall only be obligated to search for criminal convictions within the past five (5) years.

6. <u>Driver's History Pre-Employment Screening.</u> In accordance with the specific needs of the Property, Contractor will provide an adequate number of licensed drivers to patrol the parking lots, while maintaining alertness and not

risking public safety due to fatigue. Each security officer whose duties will include driving a patrol vehicle must possess a valid driver's license and satisfy a pre-employment driver's license history screening. No security officer candidate intended to drive a patrol vehicle shall be employed or placed at the Property if within the last seven (7) years there is a conviction for DUI or reckless driving, or a suspension of driver's license within the last seven (7) years due to an accumulation of moving violations. Notwithstanding the foregoing, if the State in which a security officer has lived will only provide reports for a five (5) year period, Contractor shall only be obligated to search for convictions or suspensions within the past five (5) years due to an accumulation of moving violations. Additionally, Contractor shall ensure that each officer/driver maintains a valid driver's license a positive record by regularly reviewing during the term of this Agreement.

7.  <u>Documentation of Pre-Employment Screening.</u> Documentation indicating that each security officer candidate successfully completed the pre-employment screening must be maintained by Contractor at the Property, as well as at the corporate office of Contractor. Each record must demonstrate that a valid screening was performed. Records must be available for auditing at the request of the GGP Corporate Security Director.

8.  <u>State Licensing.</u> Contractor shall ensure that each security officer is in compliance with any State licensing requirements, rules, and regulations. Any expense, cost and fee associated with State licensing fees shall be responsibility of Contractor if Contractor holds, owns, and controls the security officer's license. No State required security licensing fees shall be billed to the Property.

9.  <u>Consistent Staff.</u> Contractor agrees to hire security officers for the Property and shall not routinely move security officers from location to location, except for emergency response training/familiarization purposes with other nearby properties owned or managed by affiliates of Owner.

10. <u>Removal of Staff.</u> Contractor shall suspend any security staff member from duties at the Property if they are under investigation or have been determined to have committed a crime or violation of public trust (i.e. - honesty, violence, public indecency).

11. <u>Reassignment of Staff.</u> Contractor agrees that upon request by Owner, it will reassign any of its employees who, in the opinion of Owner, are not satisfactory provided that the reassignment is performance based.

F.  On-Site Security Management.

1.  <u>On-Site Customer Contacts.</u> The primary customer contact for the Security Manager will be the Property Manager or his designee.

2.  <u>Security Manager.</u> The Security Manager is to be a security practitioner responsible for the daily operation of the security program and the execution of contract requirements. The on-site Security Manager must understand local laws/violations commonly encountered in shopping center environments

and must be able to analyze crime reports and identify trending. The Security Manager must be capable of delivering training, developing training assistants, and maintaining the training program in accordance with the requirements set forth in **Exhibit B.** The Security Manager will maintain productive relations with local police and on-site retailers' management and loss prevention teams.

    3.    <u>Contractor Security Management Schedule.</u> The Security Manager's regular work schedule will include at least one (1) evening shift per week and at least one (1) weekend shift (Saturday or Sunday) per week. Scheduling of these required shifts will focus on times with high activity levels and the familiarization with security- related needs. Any assistant Security Manager shall not routinely have the same days off as the Security Manager nor work the same shifts as the Security Manager. Contractor's security management work schedule will be posted with regular Contractor's staff schedule and available to the Property Manager at least one week in advance of performing the Services.

    4.    <u>Security Director Attire.</u> Security Managers whose forty (40) weekly hours comprise ten percent (10%) (rounded to a whole number) or more of the total weekly security hours will wear the standard security uniform during their routine work. Security Managers whose forty (40) weekly hours comprise less than ten percent (10%) of the total weekly security hours may wear business attire to include creased slacks, button up dress shirt, blazer or sports coat, appropriate footwear, and a security badge. Additionally, Security Managers will have a full standard security uniform available for use as needed during emergencies, special events, or to wear during routine work at their discretion. Assistant Security Managers will wear the standard security uniform.

    5.    <u>Non-Owner Assignments.</u> The Property Manager must approve in writing any assignment given to the Security Manager that does not involve the Property. The Property will not be billed for the Security Manager's time when assigned to a project at a different property.

G.    Deployment/Scheduling.

    **1.**    <u>Staffing Levels/Deployment/Staffing Template.</u> Owner and Contractor shall agree upon the weekly deployment of staffing template needed to provide the Services to the Property.

The agreed upon weekly staffing deployment template for each day of the week and each hour of the day shall be documented in Owner's required format in **Exhibit A.** The staffing level shall be conclusively deemed for all purposes to be a material representation by Contractor to Owner that the staffing deployment is one which shall provide the Services to the Property in accordance with the terms hereof. Contractor may make temporary changes to the weekly staff deployment to address incident trending or special events, but may not exceed the allocated weekly security hours without prior written approval from the Property Manager. Contractor may not make permanent or

extended changes to the weekly staffing deployment template without consent of the Property Manager and the GGP Corporate Security Director. It is understood that the agreed upon weekly staff deployment is a flexible template and at times that Contractor may operate with different staffing levels due to training, administrative duties, and scheduling conflicts.

If Contractor disagrees with staffing proposed by Owner in accordance with this section, Contractor shall have the right to terminate this Agreement in accordance with Section 2. Notwithstanding the foregoing, Owner shall have the right to amend the staffing template during the Term upon five (5) days' prior notice to Contractor.

2. <u>Staffing.</u> Contractor shall provide the Property Manager with a staffing proposal that reflects the agreed upon weekly staffing deployment. The staffing proposal shall set forth the approved positions and corresponding hours, wage rates, bill rates and line total, weekly and annual totals. The staffing proposal will also set forth estimated charges for staff working on holidays (as approved in this Agreement), special hours to be utilized during holiday season, taxes, and any other charge agreed to by the Property Manager or the GGP Corporate Security Director. Any change proposed by Contractor shall only be effective if approved in writing by the GGP Corporate Security Director or the Property Manager.

3. <u>Special Event Staffing.</u> Contractor shall provide up to fifteen percent (15%) of additional staffing coverage per week on seventy-two (72) hours rolling notice at the agreed upon regular bill rate. Contractor may bill overtime rates to the Property only if (a) the requested coverage exceeds the fifteen percent (15%) limit, or was not within a rolling seventy-two (72) hour notice period; and (b) Contractor actually incurred and paid overtime rates to its employee(s). Notwithstanding the foregoing, Contractor shall use reasonable efforts to staff such requests with employees that will not incur overtime costs.

Contractor shall provide additional security officers for grand openings, special events, and/or emergencies on an "as needed" basis. The Property agrees to pay for actual time worked at the Property by contractor security managers, supervisors, officers, and dispatchers related to such openings, events and emergencies. Other costs, including but limited to, associated travel costs and equipment rentals must be negotiated and agreed upon in writing by the Property Manager or the GGP Corporate Security Director prior to deployment.

4. <u>Staffing Level.</u> Contractor must maintain ninety percent (90%) of the Security Manager's agreed upon staffing levels at all times. Contractor shall assure that the Property is staffed according to the agreed upon weekly deployment of staffing and that any security officer shall not leave his or her assignment until properly relieved by another security officer employed by Contractor.

5. <u>Weekly Schedule.</u> A daily and weekly work schedule of security personnel based the weekly deployment agreement shall be provided to the Property Manager at least one week before commencement of said schedule. The

schedule shall include the names of Contractor employees, beginning and end shift times, a weekly total of each Contractor employees' hours, and a grand total of coverage provided.

6. Billing Summary. At the conclusion of each week, Contractor shall submit a summary of hours to be billed for that week to the Property Manager. Summary will include the name of each Contractor employee, the bill rate, the amount of hours worked/billed, and the dollar amount per Contractor employee. A total cost will also be provided. Contractor shall maintain a file of weekly summaries and produce it for inspection upon request from Owner.

H. Duties/Responsibilities.

1. Guidance Manual. Contractor shall provide a comprehensive security policy and procedures manual for the Property ("Manual"). The Manual shall consist of Contractor's mall security guidelines and site-specific "security orders". Site-specific "security orders" shall include, but not be limited to, mall organizational structure, radio call signs and procedures, code of conduct, tenant rules, commonly encountered state laws, banning guideline, shift procedures to include opening and closing procedures, and site specific inspections. The Property Manager shall have the right to approve any site-specific "security orders" related to the operation of the Property. Contractor's Security Staff shall be familiar with, understand and adhere to the requirements of The Manual at all times. The Manual shall be developed within thirty (30) days following the Effective Date and shall be updated during the Term at the request of Contractor, the Property Manager, or the GGP Corporate Security Director.

2. Professional Appearance. All uniformed Contractor employees shall report for duty in a complete, neat and clean uniform as approved and established by Owner. Security officers shall not perform any of the duties under this Agreement without being in full uniform, unless previously approved by the Property Manager. Contractor shall present a professional image and maintain grooming in a manner consistent with uniformed law enforcement personnel in the geographical area of the Property. Each security officer shall maintain a cooperative and helpful attitude.

3. Contractor Incident Reporting. Contractor shall install utilize and maintain the Owner approved daily log and incident reporting program at the Property. Contractor shall be fully familiar with the features of such software including, but not limited to, the ability to sort and analyze statistical information. Contractor acknowledges that Owner wishes to have a true understanding of the amount of incidents impacting the Property. Contractor shall not falsely report or intentionally under-report incidents at the Property.

4. Monthly Executive Summary. Contractor shall prepare and submit a monthly executive summary to Owner within five (5) days following the end of each month. The monthly executive summary shall include information regarding all significant incidents, incident trending, payroll hours, staffing status, completed training, and the results of the unannounced inspections required hereunder.

5. <u>Other Records and Loos.</u> Contractor shall maintain records of work schedules, patrol zone assignments, inspection notices and findings, equipment inventory and issues, vehicle usage, and any other records required by Owner. Contractor shall assure records are maintained in an orderly manner for not less than six (6) years after the expiration or earlier termination of this Agreement. Owner shall be permitted to examine and audit these records and all supporting documents at all reasonable times. Upon request, Contractor shall provide copies of any or all such records to Owner.

6. <u>Police Report Reconciliation and Analysis.</u> On a monthly basis, Contractor shall procure all available data from local law enforcement agencies relating to reported crimes and calls for assistance at the Property. Contractor shall evaluate such data and reconcile appropriate reports into Owner's incident reporting program. Law Enforcement data collected will be maintained at the Property during the Term.

7. <u>Annual Goals.</u> Security Manager is required to develop annual goals and objectives related to the operation of the on-site security program, including items such as the management of incident trending, customer service assistance, and the reduction of accidents/injuries. Contractor will review each written plan with the Property Manager on a quarterly basis.

8. <u>Unannounced Inspections.</u> Security Manager shall conduct a minimum of one (1) unannounced inspection per week. Once a month, this inspection must be conducted during the midnight shift. Patterns will not be set in conducting inspections so that such inspections are unpredictable to the working staff and of value to Owner. Records of inspections will include the date, time, person conducting the inspection, and results/activities observed. The record of these inspections must be available for review at the Property.

9. <u>Clean Professional Work Stations.</u> Contractor shall ensure that security officers keep security work stations, such as the security office, clean, neat, and professional in appearance. Owner shall consider reasonable requests by Contractor to repair and maintain the cleanliness, aesthetics and professional look of the security office.

I. Customer Experience. Owner has adopted a customer experience objective to further its stated corporate mission a form of which is attached to this Agreement as Exhibit C (Customer Experience Program). Contractor will endeavor to adopt, support, promote, and train security staff members, and take reasonable steps to ensure that its employees follow the objectives of the Customer Experience Program and execute actions to comport with the *Customer Experience Program* as set forth on Exhibit C, including but not limited to:

a. Presenting a professional image at all times and performing his or her duties in a professional, accommodating and cooperative manner.

       i. When interacting with the public in a customer service role maintain a cooperative and helpful attitude; speak in a positive and professional manner; use a friendly tone.

  b. Accountability — Assist mall management and other departments in the overall upkeep and appearance of the property by inspecting, promptly correcting minor issues, and immediately reporting significant issues to the appropriate department for resolution.

  c. Assist Guests — Seek appropriate opportunities to assist guests by way of example being polite and courteous, opening and holding doors, providing directions, leading guests to store locations, providing assistance in carrying packages when needed, and actively acknowledge and greet guests.

J.   Training.

    1. <u>Officer Training.</u> Contractor shall promote and provide a trained and capable security staff. Contractor shall develop and deliver training courses as set forth on the attached **<u>Exhibit B</u>** to all security officers.     Additionally, Contractor will deliver any State or Federally mandated training that is not included in **<u>Exhibit B.</u>** Owner may expand the training requirements as business needs dictate during the Term, in its sole discretion.

    2. <u>Certification Training.</u> Training that requires certification may be acquired through a professionally recognized third party training system or an equivalent program developed by Contractor. Contractor is responsible for maintaining all required certifications.

    3. <u>Proficiency Testing.</u> In lieu of training, Contractor may administer a detailed "proficiency" test to meet requirements of **<u>Exhibit B.</u>** **GGP** Corporate Director reserves the right to review such tests in advance.

    4. <u>Training Hours.</u> Portions of training may be conducted within the agreed upon weekly security hours shown in **<u>Exhibit A.</u>** This "on-the-job-training" must be conducted the Property. Training must be managed by Contractor to avoid impacting the regular security coverage and patrol assignments of the Property. Any training that causes Contractor to exceed the agreed upon weekly security hours shown on **<u>Exhibit A</u>** will not be billed to Owner or the Property.

    Neither the Property nor the security officer shall bear any additional fees for training.

    5. <u>Completion within 90 Days.</u> New security officers must complete the required training set forth in **<u>Exhibit B</u>** within the first ninety (90) days of being assigned to the Property, unless a specific exception is agreed upon in writing by the GGP Corporate Security Director.

    6. <u>Inspection of Training Records.</u> Upon request, Contractor shall provide Owner with access to training records, content materials, and certifications to

demonstrate compliance. Owner reserves the right to review all of Contractor's training programs.

7. <u>Knowledge of Law.</u> Contractor and each security officer must know and adhere to all Federal, State and local laws pertaining to their security function, including, but not limited to, laws addressing detention, arrest, and use of force for the applicable state.

**4    Uniforms**

<u>A.</u>        <u>Uniforms Quantities.</u> Contractor shall furnish each security officer with complete set of uniforms and accessories necessary to perform the duties outlined in this Agreement. Contractor will issue enough uniforms to each officer to allow for a clean and professional appearance each time they are on duty. Contractor will issue various types of uniforms to satisfy the specific duties assigned to the officers (such as, interior patrol, bicycle patrol, special response team, and/or dispatch).

<u>B.</u>        <u>Uniform Tailoring.</u> Contractor will ensure that uniforms properly fit each officer and are not defective. Uniforms that are stained, ripped, or unsightly in appearance will not be worn.

<u>C.</u>        <u>Uniform Type, Purpose and Maintenance.</u> Unless otherwise directed by Owner in writing by GGP VP of Security, Contractor shall ensure that officers wear the appropriate uniform (as approved in advance by Owner) for the specific duties performed during their shift: regular patrol officers will wear the regular security uniform; bicycle officers will wear the bicycle uniform; special response team members will wear the Special Response Team ("SRT") uniformas depicted on **Exhibit D** attached to this Agreement. Contractor's employees shall at all times wear a complete, neat, and clean uniform while performing his or her duties for Owner and present at all times a professional appearance, including appropriate personal grooming in a manner consistent with uniformed law enforcement personnel.

<u>D.</u>        <u>Regular Security Uniform.</u> Unless otherwise directed by Owner in writing by GGP VP of Security, the regular security uniform will be the standard patrol uniform for interior and exterior security patrol as depicted on **Exhibit D** attached to this Agreement. Contractor may set specific date parameters for the wearing of long sleeve or short sleeve shirts. The uniform tie will be worn with each shirt type (long and short sleeve). Contractor may set temperature and/or humidity limits in which the short sleeve uniform may be worn without the required tie.

<u>E.</u>        <u>Bicycle Uniform.</u> If applicable, unless otherwise directed by Owner in writing by GGP VP of Security, Bicycle uniforms shall be primarily yellow and black (unless otherwise approved by Owner) as depicted on **Exhibit D** attached to this Agreement.

<u>F.</u>        <u>Special Response Team Uniform.</u> If applicable, the SRT uniform shall be a two tone yellow (upper) and black (lower) 100% polyester collared golf or bicycle type shirt. The word "Security" will be professionally applied in large reflective letters across the upper back of the shirt with a security badge applied as a patch or embroidered on the first left chest of the shirt. Pants shall be black cargo type. Footgear shall be polished leather/nylon boots. A leather duty belt with gear will be worn. No hat will be worn with this uniform.

G.      Para Police. If applicable, the Para Police uniform will be decided on a case by case basis by Owner. The uniform will be distinctly different than the other security uniforms. The firearm and any other personal equipment are to be carried on a visible duty belt in an industry accepted level II retention holster and duty belt visible to the public. Para Police will not carry any unauthorized weapons.

H.      Duty Belt/Special Equipment. Each officer will wear a police style leather duty belt that carries security gear/tools. Gear/tools will be supplied by Contractor and include belt; handcuffs, handcuff case, and key; pepper stream and pepper stream case; radio case; a belt pouch for carrying small spill clean-up materials; and a CPR microshield and case. Officers may elect to carry a mini flashlight and case; belt stays; and key holder.

Contractor will ensure that all equipment is of good quality and functional. Contractor will maintain a sufficient supply of handcuffs, pepper stream so that each on duty security officer may be issued this equipment. Handcuffs will be chain style National Institute of Justice (NU) approved brand and model. Pepper stream will be non-alcohol based and dye free. Pepper defense products that deliver a cone shaped spray or foam will not be allowed.

I.      Inclement Weather Gear. If applicable, Contractor will provide a supply of appropriately colored quality security jackets to be used in cold weather. Jackets will have security patches on each shoulder and word "Security" will be professionally applied in large letters across the upper back. A security badge will be applied as a patch or embroidered on the front left chest of the jacket. A real badge may be used as a substitute. Contractor will provide a supply of security rain coats to be used in inclement weather. Rain coats will have the word "Security" professionally applied in large letters across the upper back.

J.      Footgear. Contractor may require staff to provide their own personal footgear. However, Contractor will ensure that all footgear meets the requirements specified herein. All footgear shall be leather or nylon and leather combination as depicted on **Exhibit D** attached to this Agreement and no athletic shoes shall be permissible.

K.      Bullistic Vests. Owner does not prohibit the security staff from wearing ballistics vests. However, vests must be a proper fit and completely concealed beneath the approved uniform so that it is not obvious to the public and does not alter the look of the uniform. Contractor is not required to provide ballistic vests.

L.      Uniform Costs. Except as otherwise noted, uniforms and required equipment shall be provided by Contractor at no cost to Contractor's security staff or Owner. Contractor may charge individual Contractor security staff members for lost or unreturned equipment.

M.      Uniform Licensing Conflict. If any portion of the uniform presents a licensing conflict or conflict with local laws, Contractor shall promptly inform Owner and supply Owner with replacement options to remedy the conflict.

N.      Unauthorized Equipment. Any optional equipment worn must be approved by the GGP VP of Security. Contractor shall neither provide nor permit security officers to

carry a baton, stun gun, taser, firearm, or weapon not specifically authorized by this Agreement.

0.      Uniform Approval. Owner reserves its right to approve all uniforms in advance of their use at the Property. Owner's approval shall not be unreasonably withheld. The intent of the Owner is to create a common color theme among security, housekeeping, maintenance, customer service throughout the property.

Notwithstanding the foregoing, to the extent that Contractor has provided Services to the Property prior to the Effective Date and the current uniform does not comply with this Section, such non-compliance shall not be deemed to be a breach of this Agreement. However, the parties agree that the uniforms will be changed to the current uniform standards within 90 days unless a written exception is authorized by the Corporate Security Director.

**5.    Equipment**

A.      Owner Provided Security Vehicles. Owner may provide a variety of security vehicles and equipment for patrol at the Property. For purposes of this Agreement "Security Vehicle" refers to all motor vehicles, gasoline or electric carts, ATVs, Segways, T3s, bicycles, or other patrol equipment driven or ridden by security personnel. Contractor will develop appropriate training for each type of equipment and ensure that all users are properly trained. If Owner provides the Security Vehicles, Owner will be responsible for the costs associated with fuel and routine interval maintenance. Notwithstanding the foregoing, Contractor shall be responsible for damage to any Security Vehicle that is caused by Contractor's employees that is in excess of ordinary wear and tear, in Owner's sole and absolute discretion.

B.      Contractor Provided Security Vehicles. Owner may request that Contractor provide Security Vehicles for patrol at the Property. In such case, Contractor will provide a flat monthly rate for operation of each vehicle that includes the actual lease cost, purchase and installation of applicable auxiliary equipment, annual maintenance and fuel costs.Contractor will be responsible for continuous operational readiness of the vehicle. If the vehicle is inoperable, Contractor will provide a temporary rental security vehicle until the Security Vehicle is returned to service or a new security vehicle is put into operation.

C.      Maintenance Programs. If Security Vehicles are provided to the Property, Contractor will actively participate in Owner's maintenance programs. Contractor will utilize Owner's approved vehicle logs to track drivers, patrol times, mileage, vehicle condition, and interval required maintenance. Contractor will report via email routine interval required maintenance to Owner and maintain records of such requests. Contractor will assist Owner in arranging for routine maintenance as required by the Property Manager. Owner will be responsible for the costs of routine interval required maintenance.

D.      Appearance and Cleanliness. If Security Vehicles are provided to the Property, Contractor will assist Owner in maintaining clean Security Vehicles. Security Vehicle interiors will always be in presentable condition to transport mall customers. Security Vehicle exteriors will be cleaned as needed, to include wheels and tires, to maintain a positive image of the security program and the Property. Costs associated with cleaning

the Security Vehicles will be paid by Owner. Each on-site Security Manager will consult with the Property Manager regarding local arrangements for cleaning vehicles and costs, prior to implementing.

E.        Accidents and Major Mechanical Failure. If Security Vehicles are provided to the Property, Contractor will be responsible for all repair costs to Security Vehicles and settlement agreements with other parties when an accident occurs during operation, or negligent parking, by Contractor. In the event of a major mechanical failure, Contractor will pay for repair costs if Owner's fleet management company determines that failure was due to inadequate routine maintenance and Contractor cannot demonstrate satisfactory participation in maintenance program. Satisfactory participation will be shown through vehicle usage log and corresponding emails to Owner requesting maintenance. In the event that a vehicle is deemed to be a total loss, Contractor will pay the Property current "Blue Book" value for the vehicle. Repair or settlement will occur within 30 days of the accident.

F.        Contractor Provided Replacement Rental Vehicles. If Security Vehicles are provided to the Property, Contractor will provide a temporary rental vehicle for patrol use during times when an Owner's vehicle is not available due to Contractor fault as specified in this agreement. Temporary rental vehicle will be a similar model and color to the regular security vehicle. A generic magnetic sign indicating "Security" will be placed on each side of the vehicle, and temporary amber light will be affixed to the vehicle roof. These items will be provided by Contractor at the Property as needed. If a vehicle has been determined to be "totaled" and Owner is ordering a replacement vehicle, Contractor will be required to provide a temporary rental vehicle until the new security vehicle arrives on the Property, but for a period no longer than ninety (90) days from the time Owner is notified of the totaled vehicle.

G.        Other Equipment.

  i        Security Office Supplies and Equipment. Contractor shall provide all necessary office supplies and equipment for the day-to-day operation of the security office at the Property. Such equipment is for Contractor's exclusive use and is not intended for use by Owner, the Property Manager and/or each of their respective representatives. Contractor shall have the right to use Property Manager's office equipment and supplies to prepare reports requested by Owner. Contractor's use of such office equipment and supplies shall be in accordance with rules of use established by Property Manager.

           Telephones Systems. Owner shall provide necessary telephones and telephone service for the security office. Contractor shall be responsible for all long distance or other telephone related charges when calls are for the sole purpose of conducting Contractor business. Owner agrees to pay local, long distance and other telephone related charges where local, long distance and other telephone related charges are incurred in the performance of this Agreement.

  ii.       Cellular Duty Phone. Owner may provide a cellular telephone and service for the on-site security supervisor during duty, which is to be used for business purposes only. Contractor is responsible for this safe

keeping of this phone and any charges that occur not related to mall business. Contractor will replace the phone if lost or damaged while in Contractors care.

iv.　　　Radio System. Contractor shall be allowed to use Owner's two-way radio system to support the security program. Except as provided herein, Owner shall continue financial and administrative responsibility for the licensing, acquisition, installation, repair and maintenance of such equipment (radios, batteries, repeaters, chargers, etc.). Contractor shall be responsible for the inventory of radios issued for use and shall reimburse Owner for lost radios or any damage incurred to any and all radio equipment when damage has been reasonably determined by the Property Manager to be the result of Contractor's or a security officer's negligence. Contractor shall comply with all FCC, local, or State laws and regulations governing the operation of said system.

v.　　　Time/Attendance System. Owner reserves the right to require Contractor to utilize a time and attendance system. Owner reserves the right to approve the specific system that will be used.

vi.　　　Computer Equipment. Contractor shall provide a minimum of two computers (CPU, monitor, keyboard, and mouse) at the Property to allow Contractor to perform the Services. One of these computers shall be designated for Contractor's on-site security manager and the other for the dispatch software and/or incident report entry function. Contractor may opt to supply additional computers for use by other Contractor's security staff members. Contractor will be responsible for repair and maintenance of Contractor's computers.

vii.　　　Computer Specifications. Any new computer equipment assigned to the Property will meet current industry standards for Windows 7. All computers accessing the Internet via the Owner's intranet, or connecting to any device owned by Owner will be equipped, at Contractor's sole cost and expense, with Anti-Virus software that is constantly activated and receives real time updates of definitions. Notwithstanding the foregoing, any computers that are currently in use at the Property already assigned to Contractor will be deemed to be in compliance with this Agreement as long as such computers meet the Anti-Virus requirements, and allow Contractor to satisfy the performance requirements set forth herein.

viii.　　　Peripheral Computer Hardware. Contractor shall provide any peripheral computer hardware necessary for the day-to-day operation of the security program including printers, scanners, facsimiles toner or ink refills. Any new items purchased will meet current industry standards. Peripheral equipment currently in use at the Property will be deemed to be in compliance with this Agreement as long as such computers meet the Anti-Virus requirements, and allow Contractor to satisfy the performance requirements set forth herein.

ix.      **Digital Camera.** Owner shall provide a digital camera for Contractor's use at the Property. Contractor will be responsible for the camera and will replace it if lost or damaged by Contractor.

x.      **Internet Connectivity.**    Owner shall provide high speed internet connectivity for security computers in the security office. Contractor shall be required to comply with all of Owner's policies regarding computer usage. If Contractor's computer is connected to Owner's network, Contractor's computer must meet all Owners' computer requirements, virus protection, etc., at no cost to Owner or the Property. Contractor will pro-actively monitor use of computers and internet for misuse by maintaining at least 10 days of Internet browsing history, randomly checking sites visited and use of search engines.

**6.**    **Compensation**

A.    **Mark-up Over Wages.** Owner agrees to compensate Contractor for its performance of the Services performed hereunder at a billing rate based upon (i) the actual pay rates and hours worked at the Property by each non-exempt Contractor security employee plus a mark-up of 39%; (ii) the actual pay rates and hours worked at the Property by each law enforcement officer plus the lesser of (a) a mark-up of 28.00%; or (b) the mark-up negotiated by Contractor with the Property Manager or local law enforcement agency; and (iii) the agreed upon annual salary prorated to the billing period for any exempt Contractor employee assigned to the Property, plus a mark-up of 39%.

Contractor agrees that the mark-up over actual pay rates is represented to cover all Contractor costs associated with this Agreement and shall not request any additional payments, except as provided herein.

B.    **Overtime Billing.** Contractor is responsible for managing the schedule of Contractor's overtime rates, which shall not be charged to the Property, except as specifically allowed in this Agreement. In no case may Contractor charge the Property overtime rates unless the Property Manager provides written approval and overtime pay is actually paid to Contractor's employees.

C.    **Pass-Through Costs.** Owner shall pay Contractor for any agreed upon-pass through costs. As a practical matter, Owner may request Contractor's assistance in purchasing items related to the Services which are outside of the established provisions. If Contractor agrees to provide such assistance, Contractor and Owner agree that these items purchased by Contractor will be billed as a pass-through cost to the Property with no mark-up. Owner agrees that it will not make excessive or unreasonable requests under this Section.

D.    **Established Starting Rates.** Contractor shall adhere to the starting pay rates set forth in the annual staffing agreement for new Contractor employees. Starting pay rates and annual salaries for on-site assistant security managers and Security Manager will be discussed and agreed upon in writing with the Property Manager and Corporate Security Director in advance of implementing a new appointment or promotion.

E.      No Temporary Promotions. Contractor will not "temporarily promote" employees to a higher pay rate to fill a vacant or vacationing position. For example, the parties agree that if the Security Manager is on vacation, the other security officers may temporarily cover the normal duties of the Security Manager while being billed at the officer's approved pay rate as outlined in the staffing agreement.

F.      Holiday Rates. Contractor shall bill and pay non-exempt security staff who work on New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, Christmas Day, Easter Day and Martin Luther King Day a rate of one and one-half times the regular wage rate.

G.      Benefits/Paid Time Off. Any paid time off awarded by Contractor to its employees (including, but not limited to, vacation, personal time, sick time, bereavement) shall be Contractor's responsibility to pay and shall not be billed to Owner. Owner shall only be responsible for paying for the actual hours worked by Contractor's security staff. Any exception to the previous sentence must be approved in writing by the Property Manager and the GGP Corporate Security Director.

H.      Exempt Employees. Contractor shall not bill the hours worked by a Contractor exempt employee who covers or temporarily replaces a non-exempt Contractor employee on the schedule, as such replacement may occur from time to time.

I.      Billing. Contractor shall submit monthly invoices for the Services performed to the Owners AP system. Invoices shall include a total amount and a breakdown of each Contractor employee, the bill rate, the amount of hours worked/billed. Payment of all undisputed amounts therein shall be due thirty (30) days from the date of receipt of the invoice.

J.      Annual Billing Increase. During July of each year during the Term, Contractor will coordinate with the GGP Corporate Security Director to provide the Property Manager with a written billing and starting rate increase recommendation for the next year. Owner may increase or decrease the recommendation based upon current market conditions, and the performance of and overall budget for the Property. New billing rates must be approved by signature of the Property Manager on the corresponding staffing estimate. Billing increases may only be charged to the Property and awarded to Contractor's employees commencing on the anniversary of such employee's assignment at the Property. Billing increases may only be charged if actually paid to Contractor's employee.

K.      Default by Owner.       If Owner does not pay Contractor's undisputed invoices within the provided payment schedule, then Owner shall be in default. Contractor shall be obligated to issue notice to Owner of such default. If Owner does not cure the default within thirty (30) days of receipt of the default notice, then Contractor may terminate this Agreement immediately and pursue all remedies towards collecting all outstanding undisputed balances. Owner agrees to pay for any such collections efforts, including but not limited to attorney's fees, which Contractor may incur in such pursuit.

**7.   Benefits**

Health Insurance. Contractor shall provide health insurance as required by applicable law, rule or regulation for current security officers. The Contractor agreed upon mark-up over wages will include all costs associated with health insurance.

Owner has the right to review and raise concerns related to Contractor's health insurance plan. If Owner raises concerns regarding Contractor's plan, the parties will work together to address such concerns.

**8.   Insurance and Indemnification** Contractor agrees to furnish and keep in force the following insurance for the Term:

    a.  Worker's Compensation.    Statutory Worker's Compensation Insurance as required by the state where the Property is located including the Employer's Liability Coverage in the amount of $1 million each accident/ $1 million disease each employee/ $1 million disease policy limit. Such policy shall include an alternate employer's endorsement naming Owner and the additional insured's as detailed herein.

    b.  Liability Insurance. Commercial General Liability Insurance with limits of Five Million Dollars ($5,000,000.00) per occurrence and aggregate applying on a per location basis" which shall contain coverage for bodily injury, property damage, premises operations, completed operations, contractual liability and contingent liability naming Owner and such other entities as Owner shall reasonably require from time to time as additional insureds. The foregoing insurance limits may be satisfied by any combination of primary and excess coverage.

    c.  Automobile Insurance. Automobile Liability Insurance with a combined single limit per accident of One Million Dollars ($1,000,000.00), which shall name Owner and such other entities, as Owner shall reasonably require from time to time as additional insureds. Such policy shall include coverage for hired, owned, and non-owned vehicles.

    d.  Insurance Policy Requirements.

        i    All policies of insurance shall be issued by insurance companies with a general policy holder's rating of not less than A- and a financial rating of not less than Class VII as rated in the most current "Best's Insurance Reports", and licensed to do business in the state where the Property is located and authorized to issue such policy or policies. All policies of insurance must be written as primary policies not contributing with and not in excess of coverage that Owner may carry. Contractor shall furnish copies of endorsements evidencing this prior to commencing work. Owner, GGP Limited Partnership and General Growth Properties, Inc. shall be listed as additional insureds on the policies identified in Section 8(A)-(C). Anything to the contrary notwithstanding, such additional insured status shall apply to the extent of the obligations assumed by the Contractor under this Agreement and up to the agreed insurance limits.

ii.      Contractor shall have the right to insure and maintain the insurance policies required by this Agreement under blanket insurance coverage's so long as such blanket insurance policies comply with the amounts of insurance and other requirements hereof.

iii.     All policies of insurance procured by Contractor shall contain endorsements providing as follows: (a) such insurance may not be materially changed, amended or canceled with respect to Owner or the additional insured's except after thirty (30) days' prior written notice from the insurance company to Owner, which the insurer shall endeavor to send by mail and (b) that Contractor shall be solely responsible for the payment of all premiums under such policies and that Owner shall have no obligation for the payment thereof; (c) that all liability insurance and excess coverage (umbrella) is primary coverage as required in d(i) above; and (d) that Contractor's carrier has endorsed a full and complete waiver of subrogation on each policy waiving all rights of subrogation against Owner and additional insureds, such waiver applies regardless of any self-insured retention or deductible.

iv.      The original policy or policies, or duly executed certificates for the same, shall be delivered to Owner prior to the Effective Date of the Agreement and renewal certificates of such policies shall be provided to client not less than ten (10) days prior to the expiration of any such coverage, with a duly executed certificate delivered no more than 30 days after the expiration date. In the event Contractor is unable to provide a renewal certificate prior to the expiration of coverage, Contractor may submit a binder as evidence of required insurance coverage, provided the binder is effective from the date of issue until such time as the actual policy is in existence and the certificate delivered to Owner.

v.       The minimum limits of any insurance coverage required to be carried by Contractor shall not limit Contractor's liability under the indemnity provision herein for any uninsured losses or costs incurred by Owner.

e.  Indemnification. Contractor agrees that it shall defend, indemnify, and hold harmless Owner, its respective direct and indirect parents and subsidiaries, any of its affiliated entities, successors and assigns and any current or future officer, director, employee, partner, member or agent of any of them ("Indemnitees") and the agents, officers and employees of all of the Indemnitees from and against any claims, liabilities, losses, damages, actions, causes of action, or suits to the extent caused by (A) any actual or alleged negligent or grossly negligent act or omission or willful misconduct of Contractor or its agents or employees at the Property or in connection with this Agreement or breach thereof in any way, (B) Contractor's failure to purchase and maintain all insurance required by this Agreement and (C) negligence or willful misconduct of Contractor or its agents or employees in any operation of a Security Vehicle under this Agreement. It is intended that all claims and demands, legal proceedings and lawsuits in which any party to this Agreement or additional insured under this Agreement is named or described as a defendant which alleges or describes any claim in which Contractor or a security officer has done or has failed to do any act or thing required pursuant to this Agreement or failed to provide the Services at the

Property shall be a claim tendered to, accepted by or defended by Contractor. Owner shall within thirty (30) days after notice of any incident, potential claim or suit, or service of legal process, provide Contractor, at 11454 San Vicente Blvd., Los Angeles, CA 90049 to the attention of Shmulik Peler with written notice that an action has been brought and shall require Contractor, at its own expense, to employ such attorneys as Contractor may see fit to employ, and as reasonably approved by Owner's Director of Risk Management, to defend such claim or action on behalf of the Indemnitees. If a tender of defense and/or indemnity is refused by Contractor or its insurer, or if a defense is provided under any reservation of rights and Owner does not consent to such refusal or reservation of rights, Contractor shall pay liquidated damages in the sum of $2,000.00 to Owner for the amount of the added internal expense incurred by the Indemnitees in dealing with the claim or action for which tender was refused or rights reserved. This liquidated damages provision shall be in addition to the Indemnitees' actual costs of defense, investigation, litigation, litigation management expenses for in-house counsel, costs of trial and/or settlement of the claim which are incurred by the Indemnitees which shall be billed to Contractor as incurred until the tender is accepted without reservation. The provisions of this paragraph shall survive the termination or expiration of this Agreement and shall not be construed to provide for any indemnification which would, as a result thereof, make the provisions of this paragraph void or to reduce or eliminate any other indemnification or right which the indemnified parties have by law.

f. When a slip, trip or fall claim arises, Owner shall tender such claims to the janitorial vendor unless Contractor is implicated in such claim as a result of its negligence or misconduct.

g- Neither party shall be liable for any delay in, or failure of, its performance of any of its obligations under this Agreement if such delay or failure is caused by events beyond the reasonable control of the affected party, including but not limited to any acts of God, pandemic outbreak, flood, windstorm, governmental embargoes, quarantines, strikes, riots, wars or other military action, civil disorder, acts of terrorism, rebellions or revolutions, hostile fire, sabotage or governmental seizure.

Anything to the contrary notwithstanding, under no circumstances will either party have any liability to the other party or any other person or entity for consequential, incidental or punitive damages or for lost profits.

**9     Miscellaneous Terms**

A.      Non-Disclosure Agreement. Except as required by law, each party shall keep the Manual and all of the other party's security and emergency manuals and other written materials confidential and shall not furnish or disclose any information obtained in performing this Agreement to anyone, except as may be required by applicable law or regulation or by order of a court or regulatory authority of competent jurisdiction.

B.      Remediation of Issues.     In the event that Contractor fails to perform its obligations under this Agreement, Owner may provide Contractor with written notice of

the non-performance and request that Contractor cure the deficiency and provide a reasonable time period for the remediation. If Contractor fails to adequately cure the noticed deficiency within the time period set forth in the notice, Owner shall reduce the next due payment to Contractor in an amount that reasonably reflects the reduction in performance of the Services.

C.      Financial Auditing. Owner shall have the right, upon seven (7) days' notice to Contractor to cause a complete audit of all books, records, reports or other items of supporting documentation and data which are in direct connection with this Agreement or are in support of billed costs; and Contractor shall make all such records, documents and data available for such examination at the Property or at a regional or corporate office of Owner. Owner shall have the right to copy and duplicate such information as Owner may require. Contractor shall maintain and preserve all such records for at least six (6) years after the expiration or earlier termination of this Agreement. If an audit reveals any overpayment by Owner for any audited period, Contractor shall: (a) if the amount of such overpayment is less than three percent (3%) of the correct billing amount, promptly remit to Owner the amount of the overpayment; or (b) if the amount of such overpayment is three percent (3%) or more of the correct billing amount, promptly remit to Owner the amount of the overpayment and promptly reimburse Owner for all reasonable out-of-pocket fees and expenses incurred by Owner in connection with the applicable audit, together with interest on any overpayment calculated at a rate of two percent (2%) over the Wall Street Journal prime rate, as published from time to time (the "Interest Rate"); or (c) if the amount of such overpayment is five percent (5%) or more of the correct billing amount, promptly remit to Owner one-hundred and fifty percent (150%) of the amount of the overpayment and promptly reimburse Owner for all reasonable out-of-pocket fees and expenses incurred by Owner in connection with the applicable audit, together with interest on any overpayment calculated at the Interest Rate; or (d) if the amount of such overpayment is ten percent (10%) or more of the correct billing amount, promptly remit to Owner two-hundred percent (200%) of the amount of the overpayment and promptly reimburse Owner for all reasonable out-of-pocket fees and expenses incurred by Owner in connection with the applicable audit, together with interest on any overpayment calculated at the Interest Rate. Contractor agrees that payment of any amount in excess of any overpayment, fees, expenses and interest required by this Section shall be paid as liquidated damages and not as a penalty.

D.      No Discrimination. Contractor shall not discriminate against any employee or applicant and shall take affirmative action to ensure that applicants are employed and employees are treated without regard to race, color, religion, sex or national origin. Contractor agrees to post notices of this commitment in conspicuous places. Contractor shall, in all solicitations for employment, state that all qualified applicants shall be considered without regard to race, color, religion, sex or national origin.

E.      NLB Compliance. Contractor shall comply with all provisions of Executive Orders and the rules, regulations, and orders of the Secretary of Labor applicable to its operations hereunder.

F.      Notices. All notices provided for or allowed herein shall be deemed delivered when deposited in the United States mail, marked certified or registered mail, postage prepaid, return receipt requested or via a nationally recognized overnight courier (e.g. UPS, FedEx, Airborne Express, DHL), and addressed to the other party. If Owner is providing notice to it shall be sent to:

Contractor:    Professional Security Consultants Inc.
11454 San Vicente Blvd.
Los Angeles, CA 90049
Attention: Shmulik Peler

If Contractor is providing notice to Owner, it shall be sent to the Property address as set forth in the recitals.

With copies to:   GGPLP REIT Services, LLC
110 North Wacker Drive
Chicago, Illinois 60606
Attn: VP, Security

GGPLP REIT Services, LLC
110 North Wacker Drive
Chicago, Illinois 60606
Attn: Legal Department,
Corporate Transactions and Ventures

  G.   Independent Contractor - Contractor warrants and represents that it is not an agent or employee of Owner or the Property, but is an independent contractor.

  H.   Assignment of Contract. This Agreement shall not be voluntarily or involuntarily assigned by Contractor; provided, however that to the extent required by state or local laws or regulations (such as, regulations concerning the licensing of security officers and/or security service providers), Contractor may delegate performance of the Services to one of more of its affiliates. This Agreement may be assigned by Owner and, after such assignment; Contractor agrees to look solely to such assignee for performance of all obligations hereunder accruing and/or arising after the effective date of such assignment. If a new property management company is engaged at the Property, the new management company shall have sixty (60) days from the date their management contract begins to notify Contractor of the new management company's intent to continue with this Agreement. If notice is not given, this Agreement shall terminate on the sixtieth (60th) day after the new manager assumes its duties.

  I.   Governing Law. This Agreement shall be construed under and in accordance with the laws of the State of Illinois.

  J.   Severability. - If any provision or term of this Agreement shall, to any extent, be held invalid or unenforceable, the remainder of this Agreement shall not be affected thereby and each term and provision of this Agreement shall be valid and enforced to the fullest extent allowed by law.

  K.   Waivers. Neither party shall be deemed to have consented to or waived any provision of this Agreement unless any purported consent or waiver is expressly set forth in writing and signed by such party. No consent to, or waiver by a party, whether express or implied, of any breach of any covenant, condition, or duty of the other shall be construed as a consent to, or waiver of, any subsequent breach of the same or breach of any other covenant or duty.

L.      **Attorney's Fees.** If either party shall institute any action or proceeding against the other relating to the provisions of this Agreement, the unsuccessful party in the action or proceeding shall reimburse the prevailing party for all reasonable expenses and attorneys' fees and disbursements.

M.      **Contract Amendments,** This Agreement and the Exhibits hereto contain the entire agreement between the parties. This Agreement shall not be amended or changed except in writing, signed by the parties to this Agreement.

N.      Neither party shall be liable for any delay or failure to perform its obligations under this Agreement, if such delay or failure is caused by a force beyond such party's control, which forces shall include, but not be limited to, fire, flood, earthquake, extraordinary weather conditions, acts of war, acts of terrorism, labor disputes, riots, civil disorders, rebellions or revolutions.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the Effective Date.

OWNER:
Shoppes at Buckland Hills, L C, a Delaware limited liability company

By: _____

A thorized S' natoiy

CONTRACTOR:
PROFES ONAL SECURITY CONSULTANTS INC.

Its: _____

Federal ID # 954018179

**EXHIBIT A**
**PROPERTY STAFFING AGREEMENT AND BILLING RATES**

## The Shoppes @ Buckland Hills
**Annual Estimate**

| Position | Wage Rate | Bill Rate | Weekly Hours | Number Weeks | Annual Cost |
|---|---|---|---|---|---|
| **Command Staff:** | | | | | |
| Security Director | $29.91 | $41.57 | 40 | | $47, 2f |
| Asst. Director | $16.50 | $22.94 | 40 | | $86,465. |
| Supervisor | $13.19 | $18.33 | 40 | | $342 .40 |
| Supervisor | $12.54 | $17.43 | 40 | | 4.40 |
| Supervisor | $0.00 | $0.00 | **0** | | |
| Supervisor | $0.00 | $0.00 | **0** | | |
| **Command Weekly Hours:** | | | **160** | | |

**Security Officers:**

| | | | | | |
|---|---|---|---|---|---|
| Dispatch | $11.73 | $16.30 | 40 | 52 | |
| Dispatch | $11.34 | $15.76 | 24 | 52 | |
| Dispatch | $10.94 | $15.21 | 40 | 52 | |
| Officer | $14.24 | $19.79 | 20 | 52 | |
| Officer | $13.14 | $18.26 | 16 | 52 | |
| Officer | $10.84 | $15.07 | | 52 | |
| Officer | $10.63 | $14.78 | | 52 | |
| Officer | $10.42 | $14.48 | | 52 | (§83 |
| Officer | $0.00 | $0.00 | 0 | 52 | **ON** 0 |
| Officer | $0.00 | $0.00 | 0 | 52 | |
| Officer | $0.00 | $0.00 | 0 | 52 | N/ |
| Officer | $0.00 | | 0 | 52 | |
| Officer | $0.00 | 0 | 0 | 52 | |
| Officer | | | | 52 | $36.25 |
| Officer | $0.00 | $0.00 | 0 | 52 | 0.00 |
| | | $0.00 | 0 | 52 | 0.00 |

Officer $0.00
$0.00 0 **Officer Weekly 413** (?)*
**Hours:**

| | | | | | |
|---|---|---|---|---|---|
| **Off Duty Police Staffin** Off Duty Police | | | | | $33,904.00 |
| Off Duty Police | | $0.00 | 0 | 52 | $19,308.48 |
| Off Duty Police | | $0.00 | 0 | 52 | $31,590.80 |
| Off Duty Police | $0.00 | $0.00 | 0 | 52 | $20,598.60 |
| Off Duty Policr\ | $0.00 | $0.00 | 0 | 52 | $0.00 |
| | | | 0 | | $15,192.32 |
| **Police Week ours:** | | | | | $86,200.40 |
| | | | | | $61,484.80 |
| **Tota) eekly Contract Labor Hours:** | | | **573** | | $62,495.68 |
| Security Hrs: $10.42 l Police Hrs: | $14.48 | 266 | 4 | | $15,406.00 |
| cia $56.27 | | $56.27 | 96 | 4 | $21,607.00 |
| | | | **Taxable** | | $0.00 |
| **Labor Total:** | | | Yes | **$576,740.98** | $0.00 |
| | | | | | $0.00 |
| | | | | | $0.00 |
| Holiday Premium | 8 Holidays | ● 511.73 | | | $0.00 |
| | | | x 8 | Yes | $4,093.00 |
| Contractor Vehicles | 0 Vehicles | @ $1514 / Mo. | x 12 | Yes | $0.00 |
| Other | | @ $0 / Mo. | x 12 | No | $0.00 |
| **Taxes:** | | 6.35% | | | $36,882.95 |

**Total Annual Security Estimate:** | **$617,716.84**



**EXHIBIT B**
**TRAINING REQUIREMENTS**

**BASIC TRAINING**

Owner requires that all mall security officers working at the Property successfully complete the following minimum Contractor developed basic training courses ("Required Training"). Contractor may elect to add topics to the required Training to enhance the security program and make it a unique product of Contractor ("Additional Training"). Owner will bear no expenses for Required Training or Additional Training.

The Required Training shall include the following courses:

- **Introduction and Familiarization with the Shopping Center Business, General Growth Properties, and the Specific Property the Officer is Assigned —** These topics are intended to provide a basic understanding of the shopping center business; an identity of Owner and sense of pride in Owner's operation; a thorough introduction to the various personnel and departments at the Property; and a familiarization with the physical layout of the Property.

- **Rules of Employment, Employee and Mall Security Department Expectations —** These topics address the expectations of the mall security department as a whole and the expectations of the individual officer. Contractor's and Owner's rules for the Property are presented.

- **Sexual Harassment Prevention —** This course is designed to educate the officer about sexual harassment and prevent inappropriate behavior.

- **Workplace Violence Prevention —** This course is designed to educate the officer about workplace violence issues among the Property's staff members and co-workers, recognize warning signs, and appropriately reacting to workplace violence.

- **Cultural Diversity —** This course is designed to educate the officer on general cultural differences within Owner's customer and employee base and serve as a preventive measure for discrimination.

- **Operation** of **Communications Equipment and Communications Procedures -** This course educates the officers about the mall radio system, patch phones, scanners, telephones, call boxes and any other communications equipment at the Property. The course also covers special communications procedures such as radio codes and call signs.

- **Patrol Techniques —** This course is designed to train the officer about the concept of taking ownership of a patrol zone for security and operational issues, both inside and outside of the Property. The course also discusses techniques for performing professional and random high visibility patrols. Finally, the course analyzes current mall incident statistical trending and any identified "hot spots" for activity.

- **Incident Response** — This course trains the officer about concepts for responding to incidents or accidents that are in progress, have just occurred, or are delayed reports. The course also discusses specific techniques for incidents involving various levels of safety concerns (i.e. — weapon involved, burglary, fight, etc.) and specific techniques for handling accident victims to reduce liability exposure.

- **Preliminary Investigation** — This course trains the officers about the investigative information gathering process and provides background for formulating decisions and actions based on findings.

- **Access Control** — This course educates the officers about the techniques for maintaining a secure Property **when** it is not open for business, which includes locking procedures, patrols, and occupant registration and tracking.

- **Inspection** — This course trains the officers about each of the various types of risk management, physical security, equipment, and operational inspections regularly performed by the security staff. Actions to be taken to address issues will also be discussed.

- **Customer Service** — This course educates the officer on the required GGP Customer Experience Program as set forth on **Exhibit C** attached to this Agreement about seeking out and recognizing customer service opportunities with mall guests and tenants. The course will also provide guidance on the routine execution of tasks emphasizing customer services (i.e. — assistance at directories, holding open doors, courtesy driving, addressing individuals by title, etc.). Finally, the course teaches officers friendly methods for receiving and resolving complaints, and properly referring unresolved complaints to the mall office for resolution.

- **Reporting** — This training will provide the officer with a working knowledge and importance of documentation, including but not limited to important communications with others, inspection logs, daily log entries, or incident reports. Legal concerns will also be discussed. Officer should be trained on how to complete quality incident reports and enter information into Owner's on-line incident reporting systems (Web Dar and Web Inc.).

- **Shift Specific Procedures** — This training familiarizes the officer with the standard duties and procedures associates with each shift.

- **Enforcement of Owner's Code of Conduct and Tenant Rules** — This training familiarizes the security officer with Owner's generalized Code of Conduct and provides specific examples and logic that will empower the officer to recognize and appropriately act on violations.

- **Owner's Banning Guidelines** — This training provides the officer with a working knowledge of Owner' site-specific banning guidelines and procedures.

- Applicable State Laws — This training educates the officer on site-specific state laws governing detention, arrest, use of force, and commonly encountered offenses such as, but not limited to, batteries, assaults, thefts, disorderly conduct, trespassing, and criminal damage to property.

- **Gang Identification and Awareness —** This training provides the officer with a brief understanding of local gangs, the types of crimes each gang has been involved in, and methods specified by local authorities for identifying possible gang members. This information will enable the mall security officer to identify potential problems and take preventive actions through patrol techniques and enforcement of the Code of Conduct. Site-specific training should be developed in cooperation with the local police.

- **Retail Crimes/Organized Retail Crime (ORC) —** This training covers laws relating to, and criminal techniques regarding retail theft, check fraud, credit card fraud, and counterfeit money. The training will also include the ISCS/NRF training module on Organized Retail Crime (ORC), any ORC action plans that are in place at the Property, and any "hot spots" that have been identified. The training also addresses the role of the mall security officer in such tenant related incidents.

- **Customer/Subject Interactions, Officer Safety, and Use of Force, and Control Continuum —** This training teaches the staff to effectively and safely deal with difficult people. A thorough understanding of officer presence, communication skills, back-up officers, police intervention, and when physical force may be applied is presented.

- **Working Effectively with the Police —** This topic addresses techniques for working on incidents in conjunction with the police. The training further addresses the needs of the Property while building a positive relationship with the police.

- **Traffic Direction and Control —** The training instructs officers on how to direct vehicle traffic using clear hand and whistle signals. Instruction will also include different types of intersections on the Property and exposure to hands-on training.

- **Handcuffing/Defensive Tactics Certification -** This training addresses how to take control of an aggressive or resistant subject and apply handcuffs. The training should be of a participative nature and provide professionally recognized techniques. A professionally recognized third party training certification is preferred, but Contractor may substitute the training with an equivalent Contractor developed program. Contractor is responsible for maintaining each officer's certification.

- **Pepper Stream Certification -** This training addresses how to use pepper stream (Oleoresin Capsicum) as a defensive tool. The training should be of a participative nature and provide professionally recognized techniques. Liabilities must also be discussed. A professionally recognized third party training certification is preferred, but Contractor may substitute the training with an equivalent Contractor developed program. Contractor is responsible for maintaining each officer's certification.

- **Owner's Emergency Response Plan (ERP)** — This training will provide the officer with knowledge of Owner's emergency plans for the Property and their role should an event occur.

- **ICSC/DHS Terrorism Awareness** — The officer completes the ICSC/DHS mall security terrorism awareness course. The training will address a brief history of terrorism, preventive patrol techniques, and the response to suspicious behavior and incidents.

- **Adult/Child/Infant CPR/AED Certification -** This certification should be obtained through a nationally recognized training organization such as the American Heart Association or American Red Cross. Contractor is responsible for maintaining each officer's certification.

- **Dispatch, Communications, and Record Keeping** — This training will cover dispatch management techniques. The training will also include tactical information gathering and dispatching, crisis communication training, officer tracking, and recording keeping. This training is required for officers who serve as a primary point of contact for incoming requests for security service whether in a dispatch center or carrying a cellular or patch phone.

- **CCTV Operations (if applicable to the Property and/or specific security officer.)** — This training provides the officer with the technical knowledge to operate the CCTV system, move cameras, retrieve and review recorded incidents (i.e. video). The training also covers the tactical use of the CCTV system as an integrated part of the patrol staff.

- **Bicycle Patrol (if applicable to the Property and/or specific security officer)** — This training verifies officer competence in operating a bicycle and discusses techniques for patrolling, safety, and incident response. The training should be of a participative nature.

## ON-GOING TRAINING

At no additional cost to Owner, Contractor will maintain each security officer's job knowledge through on-going coaching and a monthly in-service training program. Owner reserves the right to audit the effectiveness of all in-service training programs.

# EXHIBIT C
## CUSTOMER SERVICE GUIDELINES

### 1.  Guest Experience Introduction

*("An outstanding experience that was delightful, easy and*

*exceeded expectations."*
*An experience that causes a Guest to exclaim, "I loved it!"*

The GGP Brand is about connecting with each of our Guests; offering them world-class retail and restaurants; but also unexpected services, amenities, and conveniences; and truly exhilarating events and activities.

The GGP Brand is at the very core of our organizational DNA. It's what we live and breathe every day. It's what distinguishes us from every other retail property group. It's what makes a GGP mall more than a physical location, but an enjoyable emotional experience as well.

All of our Guests deserve our total commitment and respect. Each deserves a helping hand whenever we can extend one. Each deserves our kindness, our support and our empathy.

When we talk about surprising and delighting our Guests, we mean all of them. **YOU** are the face of the mall experience. **YOU** are its expression and its fulfillment.

**Thank you** for helping us deliver this vision!

### 2.  Our Service Habits...

There are basic things that can and should be done every day to create an outstanding guest experience:

    a. Be **presentable and professional; you are always "on stage".**
        i.  Speak in a positive and professional manner. Use a friendly tone.
        ii.  Dress to impress; your appearance should be polished.
    b. **Take ownership.**
        i.  Take care of it as if it were your own living room.
        ii.  Constantly inspect; pick up trash; straighten furniture; report problems/ensure resolution.
    c. Engage **the Guest.**
        i.  At 10 feet make eye contact / at 5 feet actively greet.
        ii.  Upon departure say thank you and/or good bye; have a wonderful day.
    d. **Look for opportunities to assist Guests.**
        i. Open/hold doors for Guests; provide directions/lead them; clear trash from tables; assist a Guest that needs help carrying bags.

3.    **Development & Reinforcement**

   a.   Develop and continue employee training to align with GGP's Customer Experience
        Program.

   b.   Shift supervisors shall provide reinforcement by applying the following practices:
        i.    Shift Briefmgs (Daily Huddles)
        ii.   Uniform/equipment inspection
        iii.  Ensure employees are polished/professional
        iv.   Shift priorities
        v.    Engage in Customer Experience coaching and monitoring

   *"I've learned that people will forget what you said, people will forget what you did, but people
   will never forget how you made them feel."*
   *-Maya Angelou, American Poet*

**EXHIBIT D**
**UNIFORM SPECIFICATIONS**

Standard Security Uniform



**Black Campaign Hat** — Badge, decorative cord.

**Gray Shirt** — Long sleeve or short sleeve shirt. Accented with black pocket flaps and shoulder applets

**Shirt Accessories/Accents** — Security shoulder patches, badge, name plate, pocket whistle with metal chain, black tie with plain tie bar, and collar rank for supervisory personnel.

**Duty Belt** — Leather duty belt with security gear/tools.

**Black Slacks** — Black slacks with gray accent stripe matching the gray shirt.

**Bicycle Uniform**



| |
|---|
| **Black Bicycle Helmet** |

**Bicycle Shirt —** Yellow/Black two tone bicycle shirt with reflective striping.

**Bicycle Shirt Accessories/Accents** — Badge patch on front left chest, large reflective "SECURITY" patch on upper back. Shoulder patches are no required.

**Duty Belt —** Leather duty belt with security gear/tools.

**Black Cargo Slacks or Shorts —** Black cargo pants or shorts. Polyester/cotton blend.

Security Footwear





**Regular Uniform Shoe —** Plain black leather polish able low quarter. No specific brand is required.

**Bicycle Uniform and SRT Shoe —** Plain black leather/nylon polish able high top or short boot. No specific brand is required.