UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FABIAN WADE
    *Plaintiff*

        v.                                              CASE NO. 3:17CV990(MPS)

KAY JEWELERS, INC.,
STERLING JEWELERS, INC.,
GGP, INC.,
JANE & JOHN DOES, 1-5
    *Defendants*

PROFESSIONAL SECURITY
CONSULTANTS, INC.
    *Third party defendant*

## JUDGMENT

    This action having come on for consideration of the defendants' (Sterling Jewelers and GGP) motions for summary judgment and PSC's motion for summary judgment before the Honorable Michael P. Shea, United States District Judge and,

    The court having considered the motions and the full record of the case including applicable principles of law, and having filed its Ruling on March 27, 2019 granting the defendants' motion and denying PSC's motion as moot, and

    Further, claims against Kay Jewelers were dismissed on September 17, 2018 and claims against Jane and John Does 1-5, were dismissed on March 27, 2019; also, on April 18, 2019 claims against PSC were dismissed under FRCP41(b);  it is therefore

    ORDERED ADJUDGED AND DECREED that judgment enter in favor of Sterling Jewelers and GGP dismissing the case.

Dated at Hartford, Connecticut, this 3rd day of May, 2019.

ROBIN D. TABORA, Clerk

By */s/ Devorah Johnson*
 Devorah Johnson
 Deputy Clerk

EOD 5/3/19